IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY B. DELONEY,

      Plaintiff,                    No. 2:12-cv-1339 CKD P

   vs.

S. HAVER, et al.,

      Defendants.          ORDER

_____/

      On May 31, 2012, the court ordered plaintiff to either submit a request to proceed in forma pauperis on the form provided by the Clerk of the Court or pay the filing fee. On June 1, 2012, plaintiff submitted a request to proceed in forma pauperis. However, the form is not complete because plaintiff failed to have the "certificate" portion of the request completed by correctional staff and plaintiff did not attach a certified copy of his trust account statement.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 1, 2012 request to proceed in forma pauperis is denied.

      2. Plaintiff shall submit, within thirty days from the date of this order, a competed application to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. The "certificate" portion of the form must be completed by correctional staff and plaintiff must attach a certified copy of his trust account statement.

1      3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

2      4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: June 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
delo1339.3a(2)