1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKEY B. DELONEY,

11            Plaintiff,                No. 2:12-cv-1339 CKD P

12        vs.

13   S. HAVER, et al.,

14            Defendants.               ORDER

15   _____/

16            On May 31, 2012, the court ordered plaintiff to either submit a request to proceed

17   in forma pauperis on the form provided by the Clerk of the Court or pay the filing fee.  On June

18   1, 2012, plaintiff submitted a request to proceed in forma pauperis.  However, the form is not

19   complete because plaintiff failed to have the "certificate" portion of the request completed by

20   correctional staff and plaintiff did not attach a certified copy of his trust account statement.

21            Good cause appearing, IT IS HEREBY ORDERED that:

22            1.  Plaintiff's June 1, 2012 request to proceed in forma pauperis is denied.

23            2.  Plaintiff shall submit, within thirty days from the date of this order, a competed

24   application to proceed in forma pauperis on the form provided by the Clerk of Court, or the

25   appropriate filing fee.  The "certificate" portion of the form must be completed by correctional

26   staff and plaintiff must attach a certified copy of his trust account statement.

                                      1

3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

4.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: June 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
delo1339.3a(2)