KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
RUSSA M. BOYD, State Bar No. 239380
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 319-9476
  Fax:  (916) 324-5205
  E-mail:  Russa.Boyd@doj.ca.gov
*Attorneys for Defendants
Shaver, Renner, Boucher and Rodriguez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICKY B. DELONEY,** | 2:12-cv-1339 JAM CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **SHAVER, et al. ,** | |
| Defendants. | |

   Good cause appearing, Defendants Shaver, Renner, Boucher, and Rodriguez First Request for Extension of Time (Dkt. No. 30) is GRANTED.  Defendants shall file a responsive pleading on or before February 28, 2013.

Dated: January 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1