UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY B. DELONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HAVER, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-1339 JAM CKD P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 1, 2014, the magistrate judge assigned to this case filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2014, are adopted in full; and

2. Defendants' motion for summary judgment (ECF No. 51) is granted with respect to plaintiff's remaining claim against defendant Boucher and denied with respect to plaintiff's remaining claim against defendant Renner.

DATED: June 27, 2014

/s/ John A. Mendez_____ \_\_\_
UNITED STATES DISTRICT COURT JUDGE

2