1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKEY B. DELONEY,                          No.  2:12-cv-1339 JAM CKD P

12              Plaintiff,

13         v.                                     ORDER

14   S. HAVER, et al.,

15              Defendants.

16

17        It appears this matter is now ready for trial.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19         1.  Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain

20   the attendance of witnesses at trial within 21 days of this order.  Plaintiff should consult the

21   court's June 17, 2013 scheduling order and Local Rule 281 for the contents of pretrial statements

22   and motions for obtaining witnesses at trial.  Failure to file a pretrial statement within 21 days

23   will result in a recommendation that this action be dismissed without prejudice.

24         2.  Defendant Renner shall file his pretrial statement within 14 days of service of plaintiff's.

25   /////

26   /////

27   /////

28   /////

1        3.  After the parties submit their pretrial statements, the court will issue a "pretrial order"

2   identifying the date for trial.

3   Dated:  July 28, 2014

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6

7

8   1
    delo1339.pts
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28