IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY B. DELONEY,** | Case No. 2:12-cv-1339 JAM CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **SHAVER, et al.,** | |
| Defendants. | |

The parties in the above-entitled action have reached a settlement agreement.  No later than November 20, 2014, the parties shall file the necessary dispositional document with this Court. All pending deadlines in this action are hereby VACATED.

IT IS SO ORDERED.

Dated:  November 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

: